**Affirmed and Opinion Filed July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01555-CR
No. 05-13-01556-CR
No. 05-13-01557-CR

**THOMAS MATTHEW COREA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-00737-Y, F13-00406-Y, F13-00407-Y**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Bridges

Thomas Matthew Corea waived a jury and pleaded guilty to three offenses of misapplication of fiduciary property having an aggregate value of $200,000 or more. *See* TEX. PENAL CODE ANN. § 32.45(b), (c)(7) (West Supp. 2014). The trial court assessed punishment at twenty-five years' imprisonment in each case. On appeal, appellant's attorney filed a brief in which he concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See*

*High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

Do Not Publish
Tex. R. App. P. 47
131555F.U05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THOMAS MATTHEW COREA,
Appellant

No. 05-13-01555-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 7 of Dallas County, Texas (Tr.Ct.No.
F12-00737-Y).
Opinion delivered by Justice Bridges,
Justices Lang and Schenck participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered July 29, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THOMAS MATTHEW COREA,
Appellant

No. 05-13-01556-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the  Criminal District Court
No. 7 of Dallas County, Texas (Tr.Ct.No.
F13-00406-Y).
Opinion delivered by Justice Bridges,
Justices Lang and Schenck participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered July 29, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

THOMAS MATTHEW COREA,
Appellant

No. 05-13-01557-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the  Criminal District Court
No. 7 of Dallas County, Texas (Tr.Ct.No.
F13-00407-Y).
Opinion delivered by Justice Bridges,
Justices Lang and Schenck participating.


Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.


Judgment entered July 29, 2015.